**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-60554

TITAN TIRE CORPORATION OF NATCHEZ,

Petitioner,

VERSUS

ELAINE CHAO, SECRETARY OF LABOR,
U.S. DEPARTMENT OF LABOR,

Respondent.

PETITION FOR REVIEW OF AN ORDER OF THE OCCUPATIONAL
SAFETY HEALTH REVIEW COMMISSION
(00-0012)

May 15, 2001

Before DAVIS, WIENER and STEWART, Circuit Judges.

PER CURIAM:[*]

After a careful review of the record and a consideration of the briefs and arguments of the parties, we are satisfied that the Administrative Law Judge committed no reversible error in finding that Titan's No. 1 Banbury Mixer work area was a Class II, Division 2 location within the meaning of 29 C.F.R. § 1910.307(b) and

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

defined in § 1910.399.

AFFIRMED.